```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS


ROLANDO SERRANO,              )
  Petitioner                  )
                              ) 07-CV-30080-MAP
            v.                ) 03-CR-30037-MAP
                              )
UNITED STATES OF AMERICA,     )
  Respondent                  )
```

### ORDER RE: MOTION TO STAY
### (Dkt. No. 4)

May 31, 2007

**PONSOR, U.S.D.J.**

The court has received a letter from Petitioner dated May 21, 2007 (Dkt. No. 4), requesting an extension of time to file an amendment to his Motion to Vacate, Set Aside or Correct Sentence (Dkt. No. 1).

The court will construe this letter as a Motion to Stay this habeas proceeding. Petitioner contends that he needs additional time to amend his petition, based upon his lack of the complete file and complete transcripts.

The court is willing to give Petitioner a reasonable amount of time to amend his petition, but not an open-ended extension. With this in mind, the court hereby ALLOWS the Motion to Stay (Dkt. No. 4) and hereby orders this matter stayed until August 31, 2007. On or before that date, Petitioner will file a Motion to Amend. Absent something exceptional, the court will allow the Motion to Amend and the

**standard order requiring a response from the government will issue. No action will be required on this matter until that time.**

**It is So Ordered.**

<u>/s/ Michael A. Ponsor</u>
**MICHAEL A. PONSOR
U.S. District Judge**