UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

ROLANDO SERRANO,              )
  Petitioner                  )
                              ) 07-CV-30080-MAP
             v.               ) 03-CR-30037-MAP
                              )
UNITED STATES OF AMERICA,     )
  Respondent                  )


                    ORDER RE: PRODUCTION OF FILE

                         October 24, 2007

PONSOR, U.S.D.J.

    Counsel for Respondent, and former counsel for Petitioner, Steven L. Winniman, appeared for conference with regard to Petitioner's file on October 18, 2007.  At that time, Attorney Winniman reported that he had already sent off two mailings to Petitioner containing what he considered to be the most important parts of the file relating to Petitioner's criminal case.  Attorney Winniman agreed to mail off to Petitioner copies of all remaining portions of Petitioner's criminal file in his possession, no later than October 26, 2007.  Attorney Winniman further agreed to include with this mailing a cover letter confirming that Petitioner had been sent copies of the entire file, with a copy of this letter to the court.

    Having confirmed that Petitioner will shortly have in his possession copies of the entire contents of Attorney Winniman's file, the court hereby gives Petitioner until November 30, 2007

to file any amendment to his Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

Respondent will have until December 31, 2007 to respond to the petition, file a motion to dismiss or file some other responsive pleading.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U.S. District Judge