UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROLANDO SERRANO,           )
 Petitioner              )
                         ) 07-CV-30080-MAP
          v.             ) 03-CR-30037-MAP
                         )
UNITED STATES OF AMERICA,  )
 Respondent              )

ORDER RE: AMENDED MOTION

January 17, 2008

PONSOR, U.S.D.J.

 On November 29, 2007, Petitioner filed a Motion for Extension of Time to 12/31/07 to Amend 2255 Motion and Brief. This motion was allowed on November 30, 2007.

 To date, no amended motion has been filed. Unless an amended motion is filed by Petitioner by February 22, 2008, the case will be dismissed.

 It is So Ordered.

        /s/ Michael A. Ponsor
        MICHAEL A. PONSOR
        U.S. District Judge