```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
```

ROLANDO SERRANO,             )
  Petitioner                 )
                                          ) 07-CV-30080-MAP
              v.             ) 03-CR-30037-MAP
                                  )
UNITED STATES OF AMERICA,    )
  Respondent                 )

## ORDER OF DISMISSAL

April 2, 2008

**PONSOR, U.S.D.J.**

Based on the court's order of January 17, 2008, stating that unless an amended motion was filed by Petitioner by February 22, 2008 the case would be dismissed, this case is hereby ordered DISMISSED.

It is So Ordered.

                                                /s/ Michael A. Ponsor
                                                MICHAEL A. PONSOR
                                                U.S. District Judge