UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROLANDO SERRANO,            )
  Petitioner                )
                            ) 07-CV-30080-MAP
          v.                ) 03-CR-30037-MAP
                            )
UNITED STATES OF AMERICA,   )
  Respondent                )


MEMORANDUM AND ORDER REGARDING
PETITIONER'S MOTION FOR RECONSIDERATION
(Dkt. No. 22/86)

May 2, 2008

PONSOR, U.S.D.J.

   This petition pursuant to 28 U.S.C. § 2255 was filed on May 11, 2007. On May 31, 2007, the matter was stayed until August 31, 2007. On November 30, 2007, the court gave Petitioner until December 31, 2007 to amend his motion and on January 17, 2008, the court gave Petitioner a last extension to February 22, 2008. This was later extended to February 28, 2008.

   On April 2, 2008, when Petitioner failed to file an amended petition, the court ordered that the original petition be dismissed and that judgment enter in favor of Respondent. See Dkt. Nos. 20 and 21. Petitioner has now moved for reconsideration of this dismissal, claiming that he was unable to obtain his papers and that he was confused as to his representation.

   In order to insure that Petitioner's rights are

protected, the court hereby ALLOWS the Motion for Reconsideration. The amended petition will be filed no later than June 15, 2008. To the extent that Petitioner has requested appointment of counsel in this case, that application is hereby DENIED. Counsel has been appointed in Petitioner's parallel criminal case, 03-cr-30037, solely to assist Petitioner in his role as defendant in that case in the re-sentencing arising from the recent amendment to the crack cocaine guidelines. No counsel has been appointed in this civil matter.

Failure to file the amended petition by June 15, 2008 will result in dismissal.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U.S. District Judge